| | | |
|---|---|---|
| 1 | STEPHEN M. DANE* | ROBERT DISKINT #88232 |
|   | D. SCOTT CHANG #146403 | CRITCHLOW & DISKINT LLP |
| 2 | RELMAN, DANE & COLFAX PLLC | 1050 Northgate Dr., Suite 420 |
|   | 1225 19th Street NW, Suite 600 | San Rafael, CA 94903 |
| 3 | Washington D.C. 20036 | Telephone: (415) 925-1000 |
|   | Telephone: (202) 728-1888 | Facsimile: (415) 925-0444 |
| 4 | Facsimile: (202) 728-0848 | |
|   | schang@relmanlaw.com | *Attorney for Defendants* |
| 5 | | PROFESSIONAL FINANCIAL INVESTORS |
|   | *Admitted Pro Hac Vice | INC., PROFESSIONAL INVESTORS |
| 6 | | SECURITY FUND VII; PROFESSIONAL |
|   | *Attorneys for Plaintiff* | INVESTORS SECURITY FUND XIV; |
| 7 | FAIR HOUSING OF MARIN | PROFESSIONAL INVESTORS SECURITY |
|   | | FUND XV |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAIR HOUSING OF MARIN, a California non-profit corporation; | ) ) ) | Case No.: 3:14-cv-04282-WHO |
| Plaintiff, | ) ) | JOINT APPLICATION AND STIPULATION FOR CONTINUANCE |
| vs. | ) ) ) | OF CASE MANAGEMENT CONFERENCE; ORDER |
| PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND VII, a California Limited Partnership; PROFESSIONAL INVESTORS SECURITY FUND XIV, a California Limited Partnership; and PROFESSIONAL INVESTORS SECURITY FUND XV, a California Limited Partnership; | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1  The parties to this action, by and through their respective counsel of record, hereby apply for
2  and stipulate to a thirty (30) day extension of the Case Management Conference presently
3  scheduled for July 7, 2015 at 2:00 p.m.  There is good cause to grant the parties' application for a
4  continuance beceause the parties engaged in two days of mediation before a mediator assigned
5  through the Northern District of California's ADR Office, Michael Bien, and the parties are
6  attempting to finalize a settlement including agreeing on a term sheet and drafting a settlement
7  agreement.  The parties expect to execute a settlement agreement and file a stipulation of dismissal
8  within 30 days of July 7, 2015.

9  Dated: June 30, 2015.

RELMAN, DANE & COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com


By ___/s/ D. Scott Chang_____
Attorney for Fair Housing of Marin

17  Dated: June 30, 2015.

ROBERT DISKINT #88232
CRITCHLOW & DISKINT LLP
1050 Northgate Dr., Suite 420
San Rafael, CA 9490
Telephone: (415) 925-1000
Facsimile: (415) 925-0444

By ___/s/ Robert Diskint_____
Attorney for Professional Financial Investors, Inc.;
Professional Investors Security Fund VII; Professional
Investors Security Fund XIV; Professional Investors
Security Fund XV

**ORDER**

Having considered the parties' joint application and stipulation for a continuance of the Case Management Conference, and good cause appearing therefor, the Court grants the parties' joint application for a continuance of the Case Management Conference.  If they have not settled, the parties shall file a Joint Case Management Conference Statement on **August 4, 2015** and appear for a further Case Management Conference on **August 11, 2015** at 2:00 p.m.  They shall otherwise notify the Court promptly in the event of a settlement.

PURSUANT TO STIPULATION, IT IS SO ORDERED **as modified above**.

Dated: July 1, 2015

_____
William H. Orrick
United States District Judge

- 3 -