1   STEPHEN M. DANE*              ROBERT DISKINT #88232
     D. SCOTT CHANG #146403       CRITCHLOW & DISKINT LLP
2   RELMAN, DANE & COLFAX PLLC   1050 Northgate Dr., Suite 420
     1225 19th Street NW, Suite 600    San Rafael, CA 94903
3   Washington D.C. 20036          Telephone: (415) 925-1000
     Telephone: (202) 728-1888      Facsimile: (415) 925-0444
4   Facsimile: (202) 728-0848
     schang@relmanlaw.com        *Attorney for Defendants*
5                                PROFESSIONAL FINANCIAL INVESTORS
     *Admitted Pro Hac Vice*        INC., PROFESSIONAL INVESTORS
6                                SECURITY FUND VII; PROFESSIONAL
     *Attorneys for Plaintiff*       INVESTORS SECURITY FUND XIV;
7   FAIR HOUSING OF MARIN      PROFESSIONAL INVESTORS SECURITY
                                FUND XV

8

9

                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
   FAIR HOUSING OF MARIN, a California   )  Case No.: 3:14-cv-04282-WHO
12  non-profit corporation;             )
                                  )
13                      Plaintiff,   )  JOINT APPLICATION AND
                                  )  STIPULATION FOR BRIEF
14      vs.                         )  CONTINUANCE OF CASE
                                  )  MANAGEMENT CONFERENCE;
15  PROFESSIONAL FINANCIAL         )  ORDER
     INVESTORS, INC., a California corporation;  )
16  PROFESSIONAL INVESTORS SECURITY   )
     FUND VII, a California Limited Partnership;   )
17  PROFESSIONAL INVESTORS SECURITY   )
     FUND XIV, a California Limited Partnership;  )
18  and PROFESSIONAL INVESTORS       )
     SECURITY FUND XV, a California Limited   )
19  Partnership;                          )
                                  )
20                  Defendants.   )
                                  )
21  _____ )

22

23

24

25

26

27

28

1    The parties to this action, by and through their respective counsel of record, hereby apply for

2    and stipulate to a seven (7) day extension of the Case Management Conference presently scheduled

3    for August 11, 2015 at 2:00 p.m.  There is good cause to grant the parties' application for a

4    continuance because the parties have finalized agreements resolving the case.  The parties have

5    been unable to obtain final approval of one of the principals because of health issues.  The parties

6    expect to be able to file a stipulation of dismissal within seven (7) days of August 11, 2015.

7    In the alternative, the parties request permission to attend the case management conference

8    by telephone.

9    Dated: August 10, 2015

10
                                                    RELMAN, DANE & COLFAX PLLC
11                                                  1225 19th Street NW, Suite 600
                                                    Washington, D.C. 20036
12                                                  Telephone: (202) 728-1888
                                                    Facsimile: (202) 728-0848
13                                                  schang@relmanlaw.com

14                                                  By ___/s/ D. Scott Chang_____
                                                    Attorney for Fair Housing of Marin
15

16   Dated: August 10, 2015

17                                                  ROBERT DISKINT #88232
                                                    CRITCHLOW & DISKINT LLP
18                                                  1050 Northgate Dr., Suite 420
                                                    San Rafael, CA 9490
19                                                  Telephone: (415) 925-1000
                                                    Facsimile: (415) 925-0444
20
                                                    By ___/s/ Robert Diskint_____
21                                                  Attorney for Professional Financial Investors, Inc.;
                                                    Professional Investors Security Fund VII; Professional
22                                                  Investors Security Fund XIV; Professional Investors
                                                    Security Fund XV
23

24

25

26

27

28
                                              - 2 -

**ORDER**

Having considered the parties' joint application and stipulation for a continuance of the Case

Management Conference, and good cause appearing therefor, the Court grants the parties' joint

application for a continuance of the Case Management Conference.  The parties shall appear for a

further Case Management Conference on August 18, 2015 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 11, 2015

_____
William H. Orrick
United States District Judge

- 3 -