1  STEPHEN M. DANE*
   D. SCOTT CHANG #146403
2  RELMAN, DANE & COLFAX PLLC
   1225 19th Street NW, Suite 600
3  Washington D.C. 20036
   Telephone: (202) 728-1888
4  Facsimile: (202) 728-0848
   schang@relmanlaw.com
5
   *Admitted *Pro Hac Vice*
6
   *Attorneys for Plaintiff*
7  FAIR HOUSING OF MARIN

8  ROBERT DISKINT #88232
   CRITCHLOW & DISKINT LLP
9  1050 Northgate Dr., Suite 420
   San Rafael, CA 94903
10 Telephone: (415) 925-1000
   Facsimile: (415) 925-0444
11
   *Attorney for Defendants*
12 PROFESSIONAL FINANCIAL INVESTORS
   INC., PROFESSIONAL INVESTORS
13 SECURITY FUND VII; PROFESSIONAL
   INVESTORS SECURITY FUND XIV;
14 PROFESSIONAL INVESTORS SECURITY
   FUND XV
15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 FAIR HOUSING OF MARIN, a California      )  Case No.: 3:14-cv-04282-WHO
   non-profit corporation;                  )
20                                          )
                        Plaintiff,          )  STIPULATION OF DISMISSAL;
21                                          )   ORDER
          vs.                               )
22                                          )
   PROFESSIONAL FINANCIAL                   )
23 INVESTORS, INC., a California corporation; )
   PROFESSIONAL INVESTORS SECURITY         )
24 FUND VII, a California Limited Partnership; )
   PROFESSIONAL INVESTORS SECURITY         )
25 FUND XIV, a California Limited Partnership; )
   and PROFESSIONAL INVESTORS              )
26 SECURITY FUND XV, a California Limited   )
   Partnership;                             )
27                                          )
                        Defendants.         )
28 _____ )

1        Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by their

2   respective counsel of record, hereby stipulate that the above-entitled action is dismissed with

3   prejudice.

4

5   Dated: August 18, 2015

6                                              RELMAN, DANE & COLFAX PLLC
                                               1225 19th Street NW, Suite 600
7                                              Washington, D.C. 20036
                                               Telephone: (202) 728-1888
8                                              Facsimile: (202) 728-0848
                                               schang@relmanlaw.com
9                                              By ____/s/ D. Scott Chang_____
                                               Attorney for Fair Housing of Marin
10

11  Dated: August 18, 2015

12                                             ROBERT DISKINT #88232
                                               CRITCHLOW & DISKINT LLP
13                                             1050 Northgate Dr., Suite 420
                                               San Rafael, CA 9490
14                                             Telephone: (415) 925-1000
                                               Facsimile: (415) 925-0444
15
                                               By ___/s/ Robert Diskint_____
16                                             Attorney for Professional Financial Investors, Inc.;
                                               Professional Investors Security Fund VII; Professional
17                                             Investors Security Fund XIV; Professional Investors
                                               Security Fund XV
18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

**ORDER**

2       Pursuant to Stipulation, the above-enttiled action is dismissed with prejudice.

3       IT IS SO ORDERED.

4       Dated: _____August 18_____, 2015

5

6                                                    _____

7                                                              William H. Orrick
                                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28